UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JONATHAN WALLACE,

                Plaintiff,                19 **CIVIL** 1083 (VB)

    -against-                **JUDGMENT**

TIMOTHY MCCARTHY,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated November 9, 2020, the Court adopts the R&R as the opinion of the Court, and the petition for a writ of habeas corpus is denied; accordingly, this case is closed. As petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal.

**DATED:** New York, New York
           November 10, 2020

                                                  **RUBY J. KRAJICK**
                                                  _____
                                                  **Clerk of Court**
                        **BY:**
                                                  **Deputy Clerk**